ACCEPTED
04-15-00254-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/11/2015 2:26:36 PM
KEITH HOTTLE
CLERK

# DENTON NAVARRO ROCHA BERNAL HYDE & ZECH

A Professional Corporation
ATTORNEYS AND COUNSELORS
2517 North Main Avenue
San Antonio, Texas  78212-4685
Phone (210) 227-3243
Fax (210) 225-4481

**Rio Grande Valley Office**
701 East Harrison
Suite 100
Harlingen, Texas  78550-9165
Phone (956) 421-4904
Fax (956) 421-3621

**Austin Office**
2500 W. William Cannon Drive
Suite 609
Austin, Texas 78745-5257
Phone (512) 279-6431
Fax (512) 279-6438

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
06/11/15 2:26:36 PM
KEITH E. HOTTLE
Clerk

www.rampagelaw.com

June 11, 2015

Keith E. Hottle                                                            **E-FILE**
Clerk of the Court
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

Re:   *Osvaldo Peralta v. The City of San Antonio, et al*
      No. 2013-CI-16836 (224th Judicial District, Bexar County, Texas)
      Court of Appeals No. 04-15-00254-CV

Dear Mr. Hottle:

## AMENDED CERTIFICATE OF COMPLIANCE

In compliance with Tex. R. App. P. 9.4(i)(3), this is to certify that the Appellant San Antonio River Authority's Brief contains 5,503 words, which does not include the caption, table of contents, index of authorities, statement of issues presented, signature, proof of service, certificate of compliance, and appendix.

Very truly yours,

DENTON NAVARRO ROCHA BERNAL HYDE & ZECH
A Professional Corporation

/s/ Clarissa M. Rodriguez

CLARISSA M. RODRIGUEZ

CMR/mah

F:\Peralta, Osvaldo v SARA TXC (44858)\Appeal\Pleadings\Drafts\Ltr 2 Court 001 [Amd Cert Compliance] 2015 0611.doc